IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FLEONCE WALKER,

        *Plaintiff,*

v.

AFFIVAL INC.,

        *Defendant.*

Civil Action No. 2:22-cv-462

Hon. William S. Stickman IV

## ORDER OF COURT

AND NOW, this 13 day of April 2023, for the reasons set forth on the record at the motion hearing this day, adequate grounds have been established for the extreme sanction of dismissal. IT IS HEREBY ORDERED that all claims against Defendant Affival Inc., are hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Third Motion to Compel Discovery by Defendant Affival, Inc. (ECF No. 37) is TERMINATED AS MOOT.

IT IS FINALLY ORDERED that, pursuant to Federal Rule of Civil Procedure 58, final judgment is entered in the form of dismissal with prejudice of Plaintiff Fleonce Walker's complaint.

The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

/s/ William S. Stickman IV

WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE